THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANETIRONY CLERVRAIN, et al., | : |
| | : CIVIL ACTION NO. 3:22-CV-00507 |
| Plaintiffs, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Saporito) |
| v. | : |
| | : |
| JOHN FETTERMAN, et al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 27th DAY OF NOVEMBER 2023, upon review of Magistrate Judge Jospeh F. Saporito's Report and Recommendation ("R&R") (Doc. 25) and all relevant documents for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 25) is **ADOPTED** for the reasons set forth therein.

2. Because the Court has determined that amendment would be futile (*see* Doc. 25 at 5), the Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case

_____
Robert D. Mariani
United States District Judge